BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2772

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO.  12-00075-KJM |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| ) | LIMITING DISSEMINATION OF |
| NADIYAH MUHAMMAD WOODS, ) | DISCOVERY BETWEEN PLAINTIFF |
| NAKIA RENEE VAUGHN, and ) | UNITED STATES AND ALL NAMED |
| TOMISHA LEE MCKINNIE, ) | DEFENDANTS |
| Defendants. ) | |

HEREBY, plaintiff United States and each defendant, by and through each defendant's respective counsel, recognize that the discovery in this case is voluminous and contains a large amount of "protected information" (including but not limited to Social Security numbers, dates of birth, driver's license numbers, personal financial account numbers, telephone numbers, and residential addresses). Since the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter, the parties further recognize that entry of a stipulated protective order is appropriate.

WHEREFORE, defendants Woods, Vaughn, and McKinne, by and through counsel, and plaintiff United States, hereby stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agree not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff. Defense Counsel may ONLY permit the defendants to view unredacted documents in the presence of his/her attorney, defense investigators and support staff. The parties agree that Defense Counsel, defense investigators and support staff shall not allow the defendants to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendants with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to

2

third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising his or her respective defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

DATED: 3/19/2012                BENJAMIN B. WAGNER
                                United States Attorney

                            By: /s/ Michelle Rodrigez
                                MICHELLE RODRIGUEZ
                                Assistant U.S. Attorney

DATED: 3/19/2012            By: /s/Benjamin Galloway
                                BENJAMIN GALLOWAY
                                Counsel for Defendant Woods

DATED: 3/19/2012            By: /s/ Michael Bigelow
                                MICHAEL BIGELOW
                                Counsel for Defendant Vaughn

DATED: 3/20/2012            By: /s/Christopher Cosca
                                CHRISTOPHER COSCA
                                Counsel for Defendant McKinnie

///

**ORDER**

    For the reasons set forth herein, the stipulation of the parties is hereby entered upon the records of this court.  Accordingly, dissemination of discovery in this matter is hereby limited pursuant to this protective decree.

    SO ORDERED.

DATED:  March 22, 2012.

                                          UNITED STATES DISTRICT JUDGE